820 A.2d 666

IN THE MATTER OF HOWARD M. DORIAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 000381978).

May 1, 2003.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–254, concluding that **HOWARD M. DORIAN** of **CLIFFSIDE PARK,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.5(b) (failure to promptly deliver funds to third person), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **HOWARD M. DORIAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.